To: DOUGLAS PALMER                                    4/17/22

FROM: JONATHAN NEIRA, JONATHAN NEIRA MARQUEZ, JONATHAN WILLIAM NEIRA MARQUEZ

CIVIL DOCKET FOR CASE(S):

1- 2:21-CV-04338 (JMA-AYS)

2- 2:21-CV-04592 (JMA-AYS)

3- 2:21-CV-04771 (JMA-AYS)

4- 2:21-CV-06747 (JMA-AYS)

5- 2:22-CV-00416 (JMA-AYS)

6- 2:22-CV-00949 (JMA-AYS)

7- 2:22-CV-01634 (JMA-AYS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    APR 2 1 2022    ★

LONG ISLAND OFFICE

   I AM THE SAME PERSON IN THE ABOVE NAME(S) PROVIDING THE COURT WITH ATTACHED INMATE PERSONAL PROPERTY RECEIPT INFORMATION, TO SUPPORT MY COMPLAINTS SINCE COMMENCEMENT ARREST DATE 4-21-2021 AND MY INITIAL DATE, ADMITTED INTO NASSAU COUNTY CORRECTIONAL CENTER ON 4-22-2021 WITHOUT PROCESS. I AM STILL INCARCERATED UNLAWFULLY WITH NO ACCESS TO ANY OF MY MONETARY FUNDS. THE ATTACHED DOCUMENT'S TOTAL FUND BALANCE WAS PLACED IN MY PERSONAL TRUST FUND ACCOUNT, UNABLE TO BE USE UNTIL I GET DISCHARGE COMPLETELY BACK TO SOCIETY. I WOULD LIKE THE ATTACHED DOCUMENT TO BE FILE AND DOCUMENTED TO ADD TO MY FACTS IN ALL THE ABOVE CIVIL DOCKET CASE(S).

                                    Jonathan Neira
                                    PRO SE



# NASSAU COUNTY SHERIFF'S DEPARTMENT
## DIVISION OF CORRECTION

### INMATE PERSONAL PROPERTY RECORD

ARREST NUMBER: 2021AR504205  CASE FOLDER #2021CR332434

| MONEY $12030.00 | INMATE'S NAME: Neira, Jonathan | ICN: 681 |
| --- | --- | --- |
| | DATE OF BIRTH: _____ | CC 2021/000 5208 |

| Total | Item | Total | Item | Total | Item | Total | Item |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ✓ | Assorted Electronics | | Comb | | Magazines | 2 | Telephone ✓ |
| | Bandana | | Condoms | | Make-Up | | Tobacco Products |
| 3 | Batteries | | Doo-Rags | | Medal, Religious Y W O | | Toiletries |
| 3 | Bras (Blk Brn) | | Driver's License | | Medal, Ornamental Y W O | ✓ | Tools, Misc |
| | Body Jewelry | | Earrings Y W O | | Medications | | Tooth Covers Y W O |
| ✓ | Books Numerous | ✓ | Earphones | 2 | Knap Sack Blue & Black/Purple | | Umbrella |
| 1 | Bracelets Y W O | | Foreign Currency | | Passport | | Unauthorized Commissary |
| | Briefcase | ✓ | Glasses w/case | | Pencils | 3 | Wallet ✓ |
| | Brush, Hair | | Gloves | | Pens | | Watch Y W O |
| | Calculator | | Handbag | | Photos | ✓ | Misc Papers Numerous |
| | Cane | ✓ | Hat | | Radio | ✓ | Assl Coins |
| | CDs | | Hair Extensions | | Ring Y W O | 2 | Phone cords |
| | Chain, Neck Y W O | | Hair Holder | | Ring With Stones | 2 | ASTUS ID Cards |
| | Chapstick | ✓ | Keys | | Scarf | ✓ | Numerous Credit Cards |
| | Clippers, Nail | | Knife | | String | ✓ | Misc cords |
| | Cologne | | Lighter | | Tapes, Cassette | ✓ | Clothing to L.C.R. |

I hereby authorize the SHERIFF OF NASSAU COUNTY or his authorized representative to open and examine all mail incoming and outgoing and all packages which may be directed to me so long as I am an inmate in said NASSAU COUNTY CORRECTIONAL CENTER, I acknowledge receipt of NASSAU COUNTY CORRECTIONAL CENTER RULES & REGULATIONS.

I CERTIFY THAT THE ABOVE LIST OF MY PROPERTY IS CORRECT.

| C/O Ottone #3129 | 4-24-21 | (X) Jonathan Neira | |
| --- | --- | --- | --- |
| Correction Officer's Signature Shield# | Date | Inmate's Signature | Date |

I ACKNOWLEDGE RECEIPT OF ALL MY PERSONAL PROPERTY.

| | | | |
| --- | --- | --- | --- |
| Correction Officer's Signature Shield# | Date | Inmate's Signature | Date |

## AUTHORIZATION

☐ I authorize the Nassau County Correctional Center to turn over any/all of my personal property and/or belongings to the person(s) designated below. In addition, I authorize the Nassau County Correctional Center to dispose of all my personal property left at the Correctional Center over 120 days after my release from custody.

*If at any time following your release from the custody of the Nassau County Sheriff's Department you wish to change the person(s) designated to pick up your property, you may do so by sending a letter to the Nassau County Correctional Center, Admissions and Discharges, 100 Carman Avenue, East Meadow, New York 11554. All such requests must be received within the aforementioned 120-day time period.

DESIGNATED PERSON: _____  Apt #. _____

ADDRESS: _____

ZIP CODE: _____ PHONE #: ( ) _____

☐ I do not authorize the Nassau County Sheriff's Department to turn over any/all of my personal property and/or belongings over to anyone. I understand that the Nassau County Sheriff's Department will dispose of my personal property left at the Correctional Center after my release from custody and such disposal will be pursuant to the New York State Personal Property Law.

| INMATE'S SIGNATURE | DATE | WITNESSED BY | DATE |
| --- | --- | --- | --- |

I ACKNOWLEDGE RECEIPT OF THE ABOVE LISTED INMATE PERSONAL PROPERTY.

| | | X_____ | __/__/__ |
| --- | --- | --- | --- |
| Witnessed By: Correction Officer | Shield # | Third Party Signature | Date |

| Street | Apt # | Town | State | Zip | Telephone # |
| --- | --- | --- | --- | --- | --- |

**MANHATTAN PSYCHIATRIC CENTER**
**KIRBY FORENSIC PSYCHIATRIC CENTER**
**WARD'S ISLAND COMPLEX**
**NEW YORK, NEW YORK 10035-6095**

102 RIVERS EDGE ROAD

JONATHAN NEIRA
LOC: 9462

NEW YORK NY 100
19 APR 2022 PM 10 L
NEOPOST
FIRST-CLASS MAIL
04/19/2022
US POSTAGE $000.53⁰

ZIP 10035
041M11464597

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

11722-446200

